## Friedheim's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Bolger, and Ladner, JJ.

484

486

488

*John F. E. Hippel*, of *Edmonds, Obermayer & Rebmann*, for exceptants.

*Gordon A. Block*, of *Wolf, Block, Schorr & Solis-Cohen*, contra.

PER CURIAM, October 31, 1941.—The exceptions are dismissed and the adjudication is confirmed absolutely, for the reasons given by the learned auditing judge.